# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GREG WILSON and TONYA MOWAN,**  **PLAINTIFFS**
**Individually and on**
**Behalf of Others Similarly Situated**

v.   Case No: 4:19-cv-00587-LPR

**SUBWAY DEVELOPMENT, INC. and**
**SCOTT STRZELECKI**   **DEFENDANTS**

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice and for Approval of the Settlement Agreement.[1] Neither a collective nor a class was requested or certified. Court approval of the settlement is not required in the specific circumstances of this case.

The Court understands that the Parties have settled and are thus jointly requesting that this case be dismissed with prejudice. The Court grants that request. The case is DISMISSED with prejudice.[2]

IT IS SO ORDERED this 2nd day of June 2020.

*[signature]*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 9.

[2] The Court will not issue a judgment in this case for three days. If the Parties believe that, even absent collective or class certification, Court approval of a settlement is required under U.S. Supreme Court or Eighth Circuit precedent, both of the Parties or either Party should file a motion within the next three days that provides and explains the controlling precedent on point.