**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREG WILSON and TONYA MOWAN,**                                    **PLAINTIFFS**
**Individually and on**
**Behalf of Others Similarly Situated**

v.                              Case No. 4:19-cv-00587-LPR

**SUBWAY DEVELOPMENT, INC. and**
**SCOTT STRZELECKI**                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on June 2, 2020, it is considered, ordered, and adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 5th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE